**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| MPOWER SOFTWARE SERVICES, LLC, AND MPOWER MANAGED SERVICES, LLC. | : | No. 354 MAL 2017 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| AMERICAN WATER WORKS SERVICE COMPANY, INC. AND VIRTUAL DYNAMIX, LLC | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: AMERICAN WATER WORKS SERVICE COMPANY, INC. | : | |
| | : | |

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 3rd day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.